IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 7:21-cr-00020 |
| ) | |
| v. ) | |
| ) | **INFORMATION** |
| LISA DILLARD ) | |
| ) | In violation of: |
| ) | Title 18 U.S.C. § 1343 |

The United States Attorney charges:

1. Beginning in or before February, 2016, and continuing until in or about July, 2018, defendant **LISA DILLARD** engaged in a scheme or artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises from at least eight small businesses and their owners while holding herself out as a tax and accounting services professional.

2. On or about the date set forth below, in the Western District of Virginia and elsewhere, defendant **LISA DILLARD**, for the purpose of executing the scheme described above, caused to be transmitted by means of a wire communication in interstate commerce the signals and sounds described below:

| DATE | DESCRIPTION |
|---|---|
| November 13, 2017 | Fraudulent electronic payment receipt dated November 10, 2017, showing $2,000 payment to Internal Revenue Service for tax year 2017 pursuant to fictitious installment agreement, submitted to Victim A by wire communication over the internet |

3. All in violation of Title 18, United States Code, Section 1343.

5/14/2021
Date

*for* Daniel P. Bubar
Acting United States Attorney